Patrick H. Hicks, Esq.
Nevada Bar No. 004632
Taylor A. Buono, Esq.
Nevada Bar. No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
Telephone:   702.862.8800
Facsimile:    702.862.8811
phicks@littler.com
tbuono@littler.com

Attorneys for Defendants
CONCERTAI LLC, CONCERTO HEALTHAI
SOLUTIONS, INC., CONCERT HEALTHAI
MANAGEMENTCO, LLC, AND CONCERT
HEALTHAI MANAGEMENT, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DELIA SANTOS an individual;

Plaintiff,

v.

CONCERTAI LLC, a Massachusetts limited
liability company; CONCERTO HEALTHAI
SOLUTIONS, INC., a business entity of
unknown form; CONCERT HEALTHAI
MANAGEMENTCO, LLC, a Delaware limited
liability ]company; CONCERT HEALTHAI
MANAGEMENT, LLC, a business entity of
unknown form,

Defendants.

Case No. 3:26-cv-00280-MMD-CSD

**STIPULATION AND ORDER OF
SUBSTITUTION OF ATTORNEYS**

Under Local Rule IA 11-6, Defendants CONCERTAI LLC, CONCERTO HEALTHAI
SOLUTIONS, INC., AND CONCERT HEALTHAI MANAGEMENT, LLC (altogether,
"Defendants") hereby consent and agree that Patrick H. Hicks, Esq. and Taylor A. Buono, Esq. of
Littler Mendelson, P.C. shall be substituted as the attorneys of record in the above-captioned matter
in the place and stead of Karl O. Riley, Esq. of Reed Smith LLP and Caleb L. Green, Esq. of
Howard & Howard Attorneys PLLC.

We hereby consent to the substitution of Patrick H. Hicks, Esq. and Taylor A. Buono, Esq. of Littler Mendelson, P.C. as the attorneys of record for Defendants in the above-captioned action in our place and stead. This substitution will not result in delay of discovery, the trial, or any hearing in the case.

Dated: July 2, 2026

/s/ Karl O. Riley
Karl O. Riley, Esq.
REED SMITH LLP
200 South Biscayne Boulevard, Suite 2600
Miami, FL 33131

Dated: July 2, 2026

/s/ Caleb L. Green
Caleb L. Green, Esq.
HOWARD AND HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169

Dated: July 6, 2026

/s/
Jonathan Yankowski, Esq.
Head of Legal
ConcertAI LLC

We hereby agree to be substituted in the place and stead of Karl O. Riley, Esq. and Caleb L. Green, Esq. of the Reed Smith LLP and Howard and Howard Attorneys PLLC.

Dated: July 2, 2026

/s/ Taylor A. Buono
Patrick H. Hicks, Esq.
Taylor A. Buono, Esq.
LITTLER MENDELSON
*Attorneys for Defendants*

**IT IS SO STIPULATED.**

### ORDER

For good cause appearing, **IT IS ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

2